

**ORDERED in the Southern District of Florida on September 5, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

*In re:*   CASE NO. 18-23233-JKO
  CHAPTER 7

CAROLINE IRVINE
THOMAS IRVINE,

    Debtor.
_____/

**ORDER GRANTING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CASE** came before the Court before the Court on negative notice upon the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust, National Association, as Trustee of the Chalet Series III Trust (DE 112). No response having been filed in accordance with Local Rule 4001-1(C), and based in the record, it is

**ORDERED:**

    1.    The automatic stay arising by reason of 11 U.S.C. 362 is lifted as to Movant, and Movant may complete the action in state court for the foreclosure of its mortgage, including

post sale and eviction actions, short sale and deed in lieu of foreclosure, against the real property legally described as to Movant's interest in the following property:

ALL THAT CERTAIN PARCEL OF LAND IN BROWARD COUNTY, STATE OF FLORIDA, AS MORE FULLY DESCRIBED IN OR BOOK 38000 PAGE 944 ID $484102080410, BEING KNOWN AND DESIGNATED AS LOT 41 BENNINGTON RECORDED IN PLAT BOOK 148, PAGE 36.

2. The relief granted permits Movant to pursue in rem actions against the property, and not an in personam judgment against the Debtor.

3. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

###

Submitted by Matthew B. Klein, Esq., Howard Law Group, 450 N. Park Road, Suite 800, Hollywood, FL 33021 who is directed to serve a conformed copy of the executed Order on all interested parties listed below and file a certificate of service with the Clerk of the Court.

The CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Chad T. Van Horn, Esq., 330 N. Andrews Avenue, #450, Fort Lauderdale, FL 33301

Robin R. Weiner, Trustee, PO Box 559007, Fort Lauderdale, FL 33355

Office of the US Trustee, 51 S.W. 1 Avenue, Suite 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participant:

Caroline Irvine and Thomas Irvine, 7141 NW 70th Terrace, Parkland, FL 33067